# Order

Michigan Supreme Court
Lansing, Michigan

March 29, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140011-3 & (60)

LANSING PAVILION, L.L.C.,
       Plaintiff
       Counter-Defendant-Appellant,

v

EASTWOOD, L.L.C.,
       Defendant, Counter-Plaintiff,
       Third-Party Plaintiff-Appellee,

and

L.L. & 127, L.L.C.,
       Defendant,
       Counter-Plaintiff-Appellee,

v

J.R. ANDERSON DEVELOPMENT
COMPANY, and JEFFREY R. ANDERSON
REAL ESTATE, INC.,
       Third-Party Defendants-Appellants,

and

D.J. McQUESTION & SONS, INC.,
       Third-Party Defendant-Appellee,

and

STS CONSULTANTS, LTD.,
       Third-Party Defendant,
       Third-Party Plaintiff-Appellee.

SC: 140011-13
COA: 281811, 282332, 283071
Ingham CC: 02-001734-CK

_____/

       On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the August 6, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2010

0322

Clerk